UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS, Jr., | No. 2:23-cv-00112-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| R. CHANDLER, *et al.*, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2023, the court screened plaintiff's amended complaint and granted him thirty days to either file an amended complaint or advisement that he wished to stand by his complaint, subject to it being dismissed. ECF No. 20. Plaintiff did not timely respond, thus, on June 16, 2023, the court ordered plaintiff to show cause for his failure to comply with the March 28 order. ECF No. 21. Plaintiff has since filed a response to the order to show cause. He states that he needs additional time to file an amended complaint because of lockdowns at his place of incarceration. ECF No. 23. Plaintiff notes in his response that he will be able to comply with the court's March 28 order in fifteen days. *Id.* at 2. The court construes plaintiff's response as a motion for an extension of time and grants it. Out of an abundance of caution, plaintiff is granted thirty days to file an amended complaint.

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's response, ECF No. 23, is construed as a motion for an extension of time and is granted.

2. Plaintiff shall file an amended complaint within thirty days of this order's issuance.

3. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   August 22, 2023                              

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE