IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE LEE SHAVERS, JR.,** | 2:23-cv-0112 DAD-JDP (P) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **R. CHANDLER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion for an extension of time to serve discovery responses is granted. Defendants are granted a thirty-day extension of time, up to and including January 4, 2025, to serve responses to Plaintiff's discovery requests. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:   December 12, 2024                     _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:23-cv-00112 DAD JDP (PC))