IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE LEE SHAVERS, JR.,** | 2:23-cv-0112-DAD-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **R. CHANDLER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Motion to modify the Discovery and Scheduling Order (ECF No. 44) is granted. Defendants are granted a forty-five-day extension of time to take Plaintiff's deposition and file any necessary motion to compel. Defendants shall depose Plaintiff and file any motions to compel by February 17, 2025. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:   January 10, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE