UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE LEE SHAVERS, JR.,

          Plaintiff,

    v.

SCHRIVER, et al.,

          Defendants.

No.  2:23-cv-00112-DAD-JDP (PC)

ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 60, 68)

Plaintiff Jesse Lee Shavers, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment (Doc. No. 60) be granted.  (Doc. No. 68.)  Specifically, the magistrate judge concluded that the undisputed evidence before the court on summary judgment established that plaintiff instigated the altercation in which he was injured by another inmate and that the defendant correctional officers responded very quickly (within one minute) and did not, as plaintiff asserted in his operative complaint, stand by and watch the fight.  (*Id.* at 3–5.)  In addition, the magistrate judge rejected plaintiff's argument raised for the first time in his reply brief that the defendants failed to protect

1

him from a different inmate who joined after the altercation began as both untimely raised and as belied by the video evidence before the court on summary judgment. (*Id.* at 5.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) On February 20, 2026, after obtaining an extension of time in which to do so, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 72.) On March 6, 2026, defendants filed a response to plaintiff's objections. (Doc. No. 73.) In his objections plaintiff merely states in completely conclusory fashion that there are material facts in genuine dispute precluding the grant of summary judgment and indicates he plans to appeal. (Doc. No. 72.) As noted by defendants' in their response, plaintiff's conclusory objections that are unsupported by any citation to evidence before the court on summary judgment provide no basis upon which to reject the well-reasoned analysis set forth in the pending findings and recommendations. (Doc. No. 73.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections and defendant's response thereto, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.     The findings and recommendations issued on December 3, 2025 (Doc. No. 68) are adopted in full;

2.     Defendants' motion for summary judgment (Doc. No. 60) is granted; and

3.     The Clerk of the Court is directed to enter judgment in favor of defendants and to close this case.

IT IS SO ORDERED.

Dated:   **March 13, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2